# COMPLAINT

(for non-prisoner filers without lawyers)



U.S. District Court
Wisconsin Eastern

MAY 1 4 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

James Gustave Malott

v.

(Full name of defendant(s))

Rosen's Diversified Inc.

~~American Foods Group LLC~~

~~Green Bay Dressed Beef LLC,~~

Case Number:

26-CV-848

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_ and resides at
   (State)

   _207 s Locust Street Green Bay WI 54303_
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _Rosen's Diversified Inc, ~~American Foods Group LLC, Green Bay Dressed Beef LLC~~_
   (Name)

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at ~~544 Acme Drive Green Bay WI~~ also 500 South Washington Street Green Bay WI 54303

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for American Foods Group LLC

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

I am being hit by Radio Frequency or RFID to The extent of a Supervisor telling me I need to Subpoena The IP The Digicert Signing Certificate That appears on every phone I own is Connected to.

Radio frequency is Causing physical pain and is Causing me to Call The police at least 3 Times a week.

The Supervisor told me "This is us and only us" and we have been looking at your family for years

I am filing this Lawsuit under 28 USC 1332 (c)(1)
Since The Defendant is a Corporation.

I am also filing 28 USC 1631 Transfer to Cure want of Jurisdiction.
If necessary also I am filing,
28 USC 1915 (e)(1) The Court may request an Attorney to
represent any person unable to Afford counsel.
if necessary.

## C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 75,001 .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

My Prayer for Relief is to have the amount of Radio Frequency being directed at my body proven and Removed and Something done To have this Never happen again

To also have This proven and removed Once a month and instructions on how to have Radio frequency or RFID Stopped.

I am also Sueing ~~each~~ defendent $75,001 also Damages and Court Costs.

Complaint 4

## E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

*but if it would speed up process of This stopping to Not have Jury Trial Then No.*

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

Respectfully Submitted,

*James Webott*
_____
Signature of Plaintiff

*(920) 489-0045*
_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

*207 s Locust Street Apt C Green Bay WI 54303*
_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☑  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.